UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN POTTORFF,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF FRESNO, JERRY DYER, and DANIEL GONZALEZ,<br><br>                    Defendants. | No.  1:16-cv-01593-DAD-SKO<br><br>ORDER GRANTING STIPULATION TO STAY PROCEEDINGS<br><br>(Doc. No. 5) |

Before the court is the parties' stipulation to stay proceedings in this case pending the resolution of plaintiff Sean Pottorff's pending and related criminal case in Fresno County Superior Court.  (Doc. No. 5.)  Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to enter a stay in this case.

Accordingly,

1. All previously set hearings, dates and deadlines are vacated;
2. This case is stayed pending the resolution of plaintiff Sean Pottorff's underlying criminal case; and

/////

/////

/////

1

3. Every ninety days from the date of this order, plaintiff's counsel shall provide defense counsel and the court with a written report regarding the status of plaintiff's criminal matter.

IT IS SO ORDERED.

Dated: __**January 18, 2017**__           _____
                                         UNITED STATES DISTRICT JUDGE