UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN POTTORFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a local public entity, POLICE CHIEF JERRY DYER, individually and in his official capacity, DANIEL GONZALEZ, individually and in his capacity as a police officer, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:16-cv-01593-DAD-SKO<br><br><br><br>ORDER LIFTING STAY |

On January 19, 2017, this court granted a stay of this case pending the resolution of plaintiff's underlying criminal case. (Doc. No. 6.) On April 9, 2018, the parties submitted a joint status report informing the court that plaintiff was sentenced on March 2, 2018, following his conviction on two felony counts for resisting arrest and possession of a firearm with a probation restriction. (Doc. No. 12.) The parties also report that this civil action may now proceed. (*Id.* at 2.) Accordingly, and good cause appearing, the stay that was previously entered in this action is hereby lifted and the case is referred to the assigned magistrate judge for the setting of an initial scheduling conference.

IT IS SO ORDERED.

Dated: **April 10, 2018**

UNITED STATES DISTRICT JUDGE

1